**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   WILLIAM HELM, et al.,

10          Plaintiffs,                              No. C 08-01184 JSW

11     v.

12   ALDERWOODS GROUP INC, et al.,

13          Defendants.                              **SUA SPONTE JUDICIAL
                                                      REFERRAL FOR PURPOSES OF
                                                      DETERMINING RELATIONSHIP**
14   _____/             **OF CASES**

15

16          Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above captioned case

is referred to Judge Susan Illston to determine whether it is related to *Bryant, et al. v.*

17   *Alderwoods Group, Inc., et al.*, Case No. 07-5696 SI.

18          **IT IS SO ORDERED.**

19

20   Dated: March 13, 2008                          _____
21                                                  JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE
22

23

24   cc:   Judge Susan Illston

25

26

27

28