| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| | DAVID M. DANIELS, ESQ. SB# 170315 |
| 2 | NICHOLAS P. FORESTIERE, SB# 125118 |
| | GURNEE & DANIELS LLP |
| 3 | 2240 Douglas Boulevard, Suite 150 |
| | Roseville, CA  95661-3805 |
| 4 | Telephone      (916) 797-3100 |
| | Facsimile       (916) 797-3131 |
| 5 | |
| 6 | Attorneys for Defendants |
| | ALDERWOODS GROUP, INC., PAUL HOUSTON |
| 7 | SERVICE CORPORATION INTERNATIONAL, |
| | SCI FUNERAL AND CEMETERY PURCHASING |
| 8 | COOPERATIVE, INC., SCI EASTERN MARKET |
| | SUPPORT CENTER, L.P., SCI WESTERN MARKET |
| 9 | SUPPORT CENTER, L.P., and SCI HOUSTON |
| | MARKET SUPPORT CENTER, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) ) ) | No.  CV 08-01184 SI |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR REQUIREMENTS** |
| vs. | ) ) | |
| ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P. | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR REQUIREMENTS**                                                                     1

Case No.:  CV 08-01184 SI

1  Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to
2  counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed]
3  Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil
4  L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby
5  postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to
6  the U.S. District Court for the Western District of Pennsylvania. The court will set a new date for
7  compliance with the aforementioned ADR requirements at the time of the initial Case Management
8  Conference which will be held on July 25, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:_____                 _____
                                         Honorable Susan Illston
                                         United States District Court

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
REQUIREMENTS                                                                2
Case No.: CV 08-01184 SI