1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5
6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11               SAN FRANCISCO DIVISION

12                                              Case Nos. C 08-1190-SI, C 08-1184-SI

13  CLAUDE BRYANT, et al.,                      STIPULATION OF SUBSTITUTION
    On behalf of themselves and all employees   OF COUNSEL FOR PLAINTIFFS AND
14  similarly situated,                         NOTICE OF APPEARANCE OF NEW
                                                COUNSEL
15           Plaintiffs,

16  v.

17  SERVICE CORPORATION
    INTERNATIONAL, et al.,
18
             Defendants.
19

20
21  WILLIAM HELM, et al. On behalf of
    themselves and all employees similarly
22  situated,
             Plaintiffs,
23  v.

24  ALDERWOODS GROUP, INC., et al.

25           Defendants.

26       PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27  substitute one of their counsel and attorneys of record as in this matter as follows:

28  Former Counsel:    Rosen, Bien and Galvan, LLP

    STIP OF SUBSTITUTION OF COUNSEL FOR       1   Case Nos. C 08-1190-SI, C 08-1184-SI
    PLTF AND NOT OF APP OF NEW COUNSEL

|   |   |
|---|---|
| 1 | Sanford Jay Rosen |
|   | Maria V. Morris |
|   | Lori E. Rifkin |
| 2 | 315 Montgomery Street, Tenth Floor |
|   | San Francisco, CA 94104 |
| 3 | (415) 433-6830 |

New Counsel:  Burnham Brown
Robert M. Bodzin
P.O. Box 119
Oakland, California 94604-0119
(510) 444-6800

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008

ROSEN, BIEN & GALVAN, LLP

By _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DATED: October 23, 2008

BURNHAM BROWN

By _____
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604-0119
Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL.    2    Case Nos. C 08-1190-SI, C 08-1184-SI

1  Additional Counsel for Plaintiffs

2  J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
3  Annette Gifford, NY Attorney No. 4105870
   DOLIN, THOMAS & SOLOMON LLP
4  693 East Avenue
   Rochester, NY 14607
5  Telephone: (585) 272-0540
   Facsimile: (585) 272-0574
6
   Charles H. Saul, PA State Bar No. 19938
7  MARGOLIS EDELSTEIN
   525 William Penn Place, Suite 3300
8  Pittsburgh, PA 15219
   Telephone: (412) 281-4256
9  Facsimile: (412) 642-2380

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR    4    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

   /s/ Susan Illston
   _____
   HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT COURT