1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,              ) CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of    )
12 themselves and all other employees and former )
   employees similarly situated,             )
13                                            ) [PROPOSED] ORDER CONTINUING
                       Plaintiffs,            ) HEARING ON RULE 23
14                                            ) CERTIFICATION MOTION
   v.                                         )
15                                            )
   ALDERWOODS GROUP, INC.,                    )
16                                            )
                       Defendant.             )
17                                            )
                                              )
18                                            )
                                              )
19 _____)

20      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22      1.    The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 187),

23 previously set for December 16, 2009 is moved to **December 17, 2009 at 10:00 a.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
                                              1

   Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: October 29, 2009


By: /s/ J. Nelson Thomas                    By: /s/ John A. Mason
    J. Nelson Thomas (*pro hac vice*)           Steven H. Gurnee
    Patrick J. Solomon (*pro hac vice*)         Nicholas P. Forestiere
    Annette Gifford (*pro hac vice*)            John A. Mason
    THOMAS & SOLOMON LLP                        GURNEE & DANIELS LLP
    693 East Avenue                             2240 Douglas Blvd, Suite 150
    Rochester, NY 14607                         Roseville, CA 95648
    Telephone: 585-272-0540                     Telephone: 916-797-3100
    Facsimile: 585-272-0574                     Facsimile: 916-797-3131

    Robert M. Bodzin, State Bar No. 201327      Counsel for Defendant
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
2

Case No.: 3:08-CV-01184 SI